IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KLAUBER BROTHERS, INC.**, <br><br> Plaintiff, <br> ~ *versus* ~ <br><br> **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A**, <br><br> Defendants. | Case No. 1:23-cv-10407 <br><br> **District Judge** Thomas M. Durkin <br><br> **Magistrate Judge** Keri L. Holle Hotaling <br><br> **ORDER** |

**ORDERED**:

The Preliminary Injunction issued as against "Suzhou BLS Garments Co., Ltd (Amazon Store Jack Smith Fashion)" ("Defendant") is hereby modified as follows:

> The quantum of funds frozen as it relates to Suzhou BLS Garments Co., Ltd (Amazon Store Jack Smith Fashion) shall be limited to twenty thousand United States dollars ($20,000.00).

DATED: 10/31/2023

SO ORDERED;

BY *Thomas M Durkin*