# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KLAUBER BROTHERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> Defendants. | Case No. 23-cv-10407 <br><br> **Judge Thomas M. Durkin** <br> **Magistrate Judge Keri L. Holle Hotaling** |

### ORDER MODIFYING PRELIMINARY INJUNCTION ORDER
### AS TO CERTAIN DEFENDANTS

WHEREAS, the Court entered a Preliminary Injunction Order (Dkt. 86) on October 31, 2023 freezing the accounts of Defendants Guang Zhou Shang Lan Dian Zi Shang Wu You Xian Gong Si d/b/a Verdusa (Seller ID: A101DP2OOKN70B), Guang Zhou Yue Cheng Dian Zi Shang Wu You Xian Gong Si d/b/a WDIRARA (Seller ID: A34CQ7S73A4TP4), and Guang Zhou Mao Yang Dian Zi Shang Wu You Xian Gong Si d/b/a Soly Hux (Seller ID: A2PDKMGSLRUPM3) (collectively, "Defendants") and providing additional relief to Plaintiff Klauber Brothers, Inc. (individually, "Klauber;" with Defendants, the "Parties");

WHEREAS, on November 27, 2023, the Court held a telephone status hearing in which the Parties agreed to modify the Preliminary Injunction Order (Dkt. 86) to reduce the restrained amounts with respect to Defendants' respective accounts[1] (*see* Dkt. 131);

---

[1] The Court also ordered the Parties submit a Joint Status Report, which the Parties will file separately. (*See* Dkt. 131).

WHEREAS, at the status hearing, the Parties did not agree as to the extent the restrained amounts would be reduced;

WHEREAS, the Parties have now agreed to the below modification to the Preliminary Injunction Order out of an effort to compromise;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and subject to the approval of the Court, that the Preliminary Injunction Order (Dkt. 86) be modified as follows:

The quantum of funds frozen as it relates to Defendant Guang Zhou Shang Lan Dian Zi Shang Wu You Xian Gong Si d/b/a Verdusa (Seller ID: A101DP2OOKN70B) shall be limited to seventy eight thousand United States dollars ($78,000.00).

The quantum of funds frozen as it relates to Defendant Guang Zhou Yue Cheng Dian Zi Shang Wu You Xian Gong Si d/b/a WDIRARA (Seller ID: A34CQ7S73A4TP4) shall be limited to twenty two thousand United States dollars ($22,000.00).

The quantum of funds frozen as it relates to Defendant Guang Zhou Mao Yang Dian Zi Shang Wu You Xian Gong Si d/b/a Soly Hux (Seller ID: A2PDKMGSLRUPM3) shall be limited to forty five thousand United States dollars ($45,000).

Stipulated to:

Date: November 29, 2023

*/s/ Mackenzie Paladino*
Mackenzie Paladino, Esq. (Bar No. 6342560)
**DONIGER / BURROUGHS**
247 Water Street, First Floor
New York, New York 10038
mpaladino@donigerlawfirm.com
(310) 590-1820
*Attorneys for Plaintiff*

Date: November 29, 2023

*/s/ Michael P. Adams*
Michael P. Adams
**DYKEMA GOSSETT, PLLC**
111 Congress Avenue, Suite 1800
Austin, Texas 78701
Tel: (512) 703-6300
Fax: (512) 703-6399
Email: madams@dykema.com
*Attorneys for Defendants Guang Zhou Shang Lan Dian Zi Shang Wu You Xian Gong Si d/b/a Verdusa (Seller ID: A101DP2OOKN70B), Guang Zhou Yue Cheng Dian Zi Shang Wu You Xian Gong Si d/b/a WDIRARA (Seller ID: A34CQ7S73A4TP4), and Guang Zhou Mao Yang Dian Zi Shang Wu You Xian Gong Si d/b/a Soly Hux (Seller ID: A2PDKMGSLRUPM3)*

DATED: November 30, 2023

**SO ORDERED:**

_____
Thomas M. Durkin
United States District Judge