# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **KLAUBER BROTHERS, INC.**, <br><br> Plaintiff, <br><br> ~ *versus* ~ <br><br> **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A**, <br><br> Defendants. | Case No. 1:23-cv-10407 <br><br> **District Judge** Thomas M. Durkin <br><br> **Magistrate Judge** Keri L. Holle Hotaling |

## JOINT STATUS REPORT

To the Honorable Court:

    As directed by this Honorable Court, the Undersigned respective Counsel for the Plaintiff Klauber Brothers and the Defendant Dongyan Shengyu Electronic Commerce Co., Ltd., joint report that they have not reached a settlement in this matter.

| FOR THE PLAINTIFF <br> KLAUBER BROTHERS <br> /s/ Trevor Barrett <br> *Signed by BSG with authority from TB on 12/05/23 at 7:54 EST* <br> **Trevor Barrett, Esq.** <br> DONIGER / BURROUGHS <br> 247 Water Street, First Floor <br> New York, NY 10038 <br> Phone: (310) 590-1820 <br> Email: Mpaladino@donigerlawfirm.com <br> Tbarrett@donigerlawfirm.com <br> Office: (310) 590-1820 | FOR THE DEFENDANT <br> DONGYAN SHENGYU <br> ELECTRONIC COMMERCE CO., LTD. <br> *[signature: Baruch S. Gottesman]* <br> Baruch S. Gottesman, Esq. <br> GOTTESMAN LEGAL PLLC <br> 11 Broadway, Suite 615 <br> New York, NY 10004 <br> bg@gottesmanlegal.com <br> office: (212) 401-6910 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means:

**Mackenzie Paladino, Esq.**
**Trevor Barrett**
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, NY 10038
Phone: (310) 590-1820
Email:
<Mpaladino@donigerlawfirm.com>
<Tbarrett@donigerlawfirm.com>
*Counsel for Plaintiff*

**Ruoting Men, Esq.**
**Tao Liu, Esq.**
GLACIER LAW LLP
41 Madison Avenue, Suite 2529
New York, NY 10010
Phone: (332) 270-0413 / (332) 208-1505
Email: <Ruoting@glacier.law>
<Tao.Liu@glacier.law>
*Counsel for Defendant Shenzhen Lingyun Network Technology Co., Ltd. doing business as | RSLOVE /*

**Adam Edward Urbanczyk, Esq.**
AU LLC
444 West Lake, 17th Floor
Chicago, IL 60606
Phone: (312) 715-7312
Email: AdamU@au-LLC.com
*Counsel for Defendants BOAO Network, Skylety Direct, and lertree*

**Gei Li**
GETECH LAW LLC
203 N. Lasalle, Unit 2100
Chicago, IL 60601
Phone: (312) 888-6633
Email: Linda.Lei@gettechlaw.com
*Counsel for Defendant Suzhou BSL Garments Co., Ltd. (Amazon store jack smith)*

**Timothy Alan Duffy**
LAW OFFICE OF TIMOTHY A. DUFFY, P.L.
725 W. Orchard Cir. 60045
Phone: (847) 530-4920
Email: Tduffy@tduffylaw.com
*Counsel for Defendant Cheng Du Ruiland Tianhui Keji Youziangongsi*

*Distribution List*
<Mpaladino@donigerlawfirm.com>
<Tbarrett@donigerlawfirm.com>
<Ruoting@glacier.law>
<Tao.Liu@glacier.law>
<Linda.Lei@gettechlaw.com>
<Tduffy@tduffylaw.com>