# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **KLAUBER BROTHERS, INC.**, | Case No. 1:23-cv-10407 |
| Plaintiff, | |
| ~ *versus* ~ | **District Judge** Thomas M. Durkin |
| **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A**, | **ORDER** |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure 43(a) the practices of this Honorable Court and other relevant rules and practices of this Court it is

ORDERED

1. Counsel, Staff of Counsel, and witnesses in the matter of *Klauber Brothers, Inc. v. The Partnerships, et al.*, Case No. 1:23-cv-10407 (N.D.Ill.) are each granted leave upon presentment of this Order/Minute Order to Court Security Staff, to introduce into the Courthouse a laptop, a cellphone, an HDMI cable, and other related cords, chargers and electronics equipment for use only during the Hearing on December 19, 2023.

   At no time shall any recording or video/photographic recording feature be used on any of the electronics; and the electronics shall not be used in a manner that is disruptive to the Court, Counsel or any other party.

0

2. Witnesses located overseas who after good faith efforts were unable to timely secure flights to Chicago to appear for testimony, may appear and testify via Zoom or any other program that allows all parties to see and be seen, and to hear and be heard in real time.

DATED: DECEMBER 6, 2023

SO ORDERED;

BY *Thomas M Durkin*

Thomas M. Durkin
U.S. District Judge

1