# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Klauber Brothers, Inc.

                              Plaintiff,

v.                                                   Case No.: 1:23−cv−10407

                                                        Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations Identified in Schedule "A", et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 31, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: Dongyan's motion [171] for a hearing on damages for the six days the preliminary injunction was in place without proper notice is denied as moot. The Court has entered a discovery schedule [187] and will address any potential damages at the appropriate time. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.