IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KLAUBER BROTHERS, INC.**, <br><br> Plaintiff, <br><br> ~ *versus* ~ <br><br> **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A**, <br><br> Defendants. | Case No. 1:23-cv-10407 <br><br> **District Judge** Thomas M. Durkin <br><br> **Magistrate Judge** Keri L. Holle Hotaling |

NOTICE OF MOTION

MOTION BY COUNSEL TO WITHDRAW AS COUNSEL TO
"DONGYAN SHENGYU ELECTRONIC COMMERCE CO., LTD."
WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, the Direction of the Honorable Court at the hearing held on December 19, 2024, and other relevant rules and practices of this Court, the Undersigned Counsel for the party identified as "Dongyan Shengyu Electronic Commerce Co., Ltd." shall appear before the Honorable District Judge Thomas M. Durkin, of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago Illinois at such time as the Court may schedule to be heard and present the following Motion:

Motion by the Counsel to the party identified as "Dongyan Shengyu Electronic Commerce Co., Ltd." for Leave to Withdraw as Counsel.

**Dated:** January 9, 2025

                                                            RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
Fax: (212) 859-7307
bg@gottesmanlegal.com

## **CERTIFICATE OF SERVICE**

        I hereby certify that on Januaruy 9, 2025, simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means:

**Mackenzie Paladino, Esq.**
**Trevor Barrett**
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, NY 10038
Phone: (310) 590-1820
Email: <Mpaladino@donigerlawfirm.com>
      <Tbarrett@donigerlawfirm.com>

*Counsel for Plaintiff*

*All other Appearing Parties*