**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Klauber Brothers, Inc.

                                            Plaintiff,

v.                                                            Case No.:
                                                           1:23−cv−10407

                                                           Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations
Identified in Schedule "A", et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 10, 2025:

    MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney for Dongyan Shengyu Electronic Commerce Co., Ltd., Dongyan Shengyu Electronic Commerce Co., Ltd. [205] is granted. Attorney Baruch S. Gottesman terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.